UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LEONARD JENKINS AND OTIS CARTER | CIVIL ACTION NO. 04-404 |
| VERSUS | JUDGE S. MAURICE HICKS |
| DUKE ENERGY FIELD SERVICES, L.L.C. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

This matter is before the Court on Duke Energy Field Services, L.L.C.'s Motion for Summary Judgment (Doc. No. 20). Plaintiffs Leonard Jenkins and Otis Carter failed to oppose the motion within fifteen days as required by Local Rule 7.5W. Therefore, the Court must assume that the plaintiffs have no opposition to this motion.

After consideration of the law and evidence submitted by the defendant, the Court finds that there are no genuine issues of material fact in dispute and that the defendant, Duke Energy Field Services, L.L.C., is entitled to summary judgment as a matter of fact and law.

Therefore:

IT IS ORDERED that defendant, Duke Energy Field Services, L.L.C.'s Motion for Summary Judgment (Doc. No. 20) shall be **GRANTED**.

IT IS FURTHER ORDERED that plaintiffs' claims shall be **DISMISSED** with prejudice. Shreveport, Louisiana, this 30th day of August, 2005.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE